3 P.3d 50

# SUPREME COURT OF HAWAI'I

June 8, 2000

| 23001 | State v. Baraoidan | Affirmed |
|---|---|---|
| 22666 | State v. Carlsen | Affirmed |

**June 14, 2000**

| 22843 | State v. Lopez | Reversed |
|---|---|---|

**June 15, 2000**

| 22209 | Stein v. LeMay | Affirmed |
|---|---|---|

**June 28, 2000**

| 22774 | Gomes v. State | Affirmed |
|---|---|---|
| 22705 | State v. Kapika | Remanded |